```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIRECTORS GUILD OF AMERICA, INC.,

                Petitioner,

-v.-

CBS BROADCASTING, INC.,

                Respondent.

---

25 Civ. 0885 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On January 31, 2025, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which it intends to support its Petition by **February 13, 2025**. Respondent's opposition, if any, is due on **February 27, 2025**. Petitioner's reply, if any, is due on **March 6, 2025**.

Petitioner shall serve the Petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than **February 13, 2025,** and file an affidavit of such service with the Court no later than **February 14, 2025**.

    SO ORDERED.

Dated: February 3, 2025
       New York, New York

                                        *Jennifer H. Rearden*
                                        JENNIFER H. REARDEN
                                        United States District Judge