**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DIRECTORS GUILD OF AMERICA, INC,

                        Petitioner,                    25 **CIVIL** 0885 (JHR)

      -against-                          **JUDGMENT**

CBS BROADCASTING, INC.,

                        Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 6, 2025, the Court confirms the Awards in their entirety; accordingly, the case is closed.

**Dated**: New York, New York
         November 7, 2025

                                                              **TAMMI M. HELLWIG**
                                                                     **Clerk of Court**

                    **BY:**

                                                                    **Deputy Clerk**